LODGED

2010 MAR -2 PM 3: 02

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

FILED

2010 MAR -9 AM 11: 08

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ALANA CASH

PLAINTIFF(S)

V.

THE MCGRAW-HILL COMPANIES, INC.

DEFENDANT(S)

CASE NUMBER

**CV10- 1550 UA (DUTYx)**

**ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE**

**IT IS ORDERED** that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

_____
Date

_____
United States Magistrate Judge

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

☒ Inadequate showing of indigency

☒ District Court lacks jurisdiction

☐ Legally and/or factually patently frivolous

☐ Immunity as to _____

☐ Other: _____

Comments ① Did not complete last part of section 2 of request to proceed in Forma Pauperis, or section 6.
② Federal Jurisdiction appears lacking (a. amount in controversy far below $75,000 excluding punitive damages request; b. no private cause of action for violation of federal criminal statutes; no allegation that defendants actually violated alleged copyright by making unauthorized use of 12/14/09 index).

Date 3/4/10

_____
United States Magistrate Judge

**IT IS ORDERED** that the request of plaintiff to file the action without prepayment of the filing fee is:

☐ **GRANTED**

☒ **DENIED (See comments above).**

Date 3/5/10

_____
United States District Judge